**Michelle COWARD, on behalf of Earl Thomas, Plaintiff–Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.**

No. 03–1614.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 1, 2003.

Decided Oct. 14, 2003.

Michelle Coward, Appellant Pro Se. Kristine Lynn Sendek–Smith, Assistant United States Attorney, John Walter Sippel, Jr., Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINSON, WIDENER, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

On behalf of Earl Thomas, his mother, Michelle Coward, appeals the magistrate judge's * order granting summary judgment to the Commissioner in Coward's claim for Supplemental Security Income childhood disability payments under the

* The parties consented to the jurisdiction of the

Social Security Act. On appeal, Coward raises claims not raised in the district court. We generally do not review issues not raised before the district court, *Stewart v. Hall,* 770 F.2d 1267, 1271 (4th Cir. 1985); *Williams v. Shalala,* 997 F.2d 1494, 1500 (D.C.Cir.1993), and we find no extraordinary circumstances in this case necessitating review. Accordingly, we affirm the order of the magistrate judge. We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*